**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                                : Chapter 13
    **Murray, Denise**
    **Debtor**                                            : 19-12532

**AMENDED ORDER DIRECTING EMPLOYER TO MAKE WAGE
DEDUCTIONS FOR REMITTANCE TO TRUSTEE**

**TO EMPLOYER:
City of Philadelphia/ Payroll
Philadelphia Police Administration
Room 307, Franklin Square
Philadelphia, PA 19106**

Re:   **Murray, Denise**
SSN: xxx-xx-7288

    The future earnings of the above named debtor Murray, Denise, being subject to the continuing supervision and control of the court for the purpose of enforcing the terms of the debtor's amended chapter 13 plan,

    **It IS HEREBY ORDERED** that the employer of the debtor shall deduct from the earnings of the debtor, beginning with the next pay period following the receipt of this order the sum of:  **$425.00 for 9 months (Started back on May 1, 2019), then as of this February 1, 2020, the payment shall increase to $540.00 per month for a period of 51 months,** pro rata per pay period (if paid weekly divide by four, biweekly divide by 2 for the amount per pay period).

    The employer shall continue said deductions until further Order of this Court and shall remit all monies withheld from the debtor's earnings at least monthly, or more frequently if convenient, in the dollar amounts stated below to: the chapter 13 Trustee whose names and addresses that appear below.

    **$425.00 for 9 months (Started back on May 1, 2019), then as of this February 1, 2020, the payment shall increase to $540.00 per month for a period of 51 months to:** Scott Waterman, Trustee, P.O. Box 680, Memphis, TN 38101-0680

BY THE COURT:_____/s/ Jean K. FitzSimon_____
                      JUDGE                    Date: November 5, 2019

City of Philadelphia/ Payroll
Philadelphia Police Administration
Room 307, Franklin Square
Philadelphia, PA 19106