United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Denise Murray  
    Debtor

Case No. 19-12532-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: DonnaR     Page 1 of 1     Date Rcvd: Nov 06, 2019  
                      Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2019.  
db         +Denise Murray,   7335 Rockwell Ave,   Philadelphia, PA 19111-3005  
            City of Philadelphia/Payroll,   Philadelphia Police Administration,   Room 307, Franklin Square,    Philadelphia, Pa 19106

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                               TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2019 at the address(es) listed below:  
         JOHN L. MCCLAIN   on behalf of Debtor Denise Murray aaamcclain@aol.com, edpabankcourt@aol.com  
         KEVIN G. MCDONALD   on behalf of Creditor    The Bank of New York Mellon F/K/A et al...    bkgroup@kmllawgroup.com  
         POLLY A. LANGDON   on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com,    ecf_frpa@trustee13.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    The Bank of New York Mellon F/K/A The Bank of New    York as successor in interest to JPMorgan Chase Bank, N.A. as Trustee for Bear Stearns Asset    Backed Securities Trust 2004-SD1, Asset-Backed Certificat bkgroup@kmllawgroup.com  
         SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com  
         SCOTT F. WATERMAN (Chapter 13)   on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                                  TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : Chapter 13
    Murray, Denise
    Debtor : 19-12532

**AMENDED ORDER DIRECTING EMPLOYER TO MAKE WAGE
DEDUCTIONS FOR REMITTANCE TO TRUSTEE**

**TO EMPLOYER:
City of Philadelphia/ Payroll
Philadelphia Police Administration
Room 307, Franklin Square
Philadelphia, PA 19106**

Re: **Murray, Denise**
SSN: xxx-xx-7288

    The future earnings of the above named debtor Murray, Denise, being subject to the continuing supervision and control of the court for the purpose of enforcing the terms of the debtor's amended chapter 13 plan,

    **It IS HEREBY ORDERED** that the employer of the debtor shall deduct from the earnings of the debtor, beginning with the next pay period following the receipt of this order the sum of: **$425.00 for 9 months (Started back on May 1, 2019), then as of this February 1, 2020, the payment shall increase to $540.00 per month for a period of 51 months,** pro rata per pay period (if paid weekly divide by four, biweekly divide by 2 for the amount per pay period).

    The employer shall continue said deductions until further Order of this Court and shall remit all monies withheld from the debtor's earnings at least monthly, or more frequently if convenient, in the dollar amounts stated below to: the chapter 13 Trustee whose names and addresses that appear below.

    **$425.00 for 9 months (Started back on May 1, 2019), then as of this February 1, 2020, the payment shall increase to $540.00 per month for a period of 51 months to:** Scott Waterman, Trustee, P.O. Box 680, Memphis, TN 38101-0680

BY THE COURT:_____[signature]_____
                  JUDGE                **Date: November 5, 2019**

City of Philadelphia/ Payroll
Philadelphia Police Administration
Room 307, Franklin Square
Philadelphia, PA 19106