**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : Chapter 13
   Murray, Denise
                                                    :
   Debtor
                                                    : 19-12532

**CERTIFICATE OF SERVICE OF NOTICE OF FILING OF APPLICATION**
**FOR APPROVAL OF COUNSEL FEES**

I certify that on the date shown below a copy of NOTICE OF FILING OF APPLICATION FOR APPROVAL OF COUNSEL FEES was served upon the parties listed below, all interested parties and all creditors by mailing such copy by first class, regular U.S. mail, postage prepaid or by electronic means.

December 15, 2019

/"s"/ Mitchell J. Prince, Esquire
Mitchell J. Prince, Esquire
John L. McClain, Esquire
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Scott Waterman Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606


United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Murray, Denise
7335 Rockwell Ave
Philadelphia, PA 19111