| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 19-12532-AMC

DENISE MURRAY
7335 ROCKWELL AVE
PHILADELPHIA  PA    19111

Petition Filed Date: 04/18/2019
341 Hearing Date: 05/31/2019
Confirmation Date: 12/11/2019

Case Status: Open / Unconfirmed

**RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED**

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/20/2019 | $212.50 | 107997 | 06/10/2019 | $212.50 | 108479 | 06/18/2019 | $212.50 | 108958 |
| 07/08/2019 | $212.50 | 109435 | 07/16/2019 | $212.50 | 109917 | 07/29/2019 | $212.50 | 110394 |
| 08/16/2019 | $212.50 | 110871 | 08/26/2019 | $212.50 | 111354 | 09/10/2019 | $212.50 | 111848 |
| 09/25/2019 | $212.50 | 112343 | 10/07/2019 | $212.50 | 112851 | 10/23/2019 | $212.50 | 113362 |
| 10/29/2019 | $212.50 | 113873 | 11/20/2019 | $212.50 | 114383 | 12/03/2019 | $212.50 | 114891 |
| 12/17/2019 | $212.50 | 115395 | 12/30/2019 | $212.50 | 115899 | 01/13/2020 | $212.50 | 116394 |
| 01/28/2020 | $212.50 | 116881 | 02/10/2020 | $212.50 | 117382 | 02/25/2020 | $212.50 | 117879 |
| 03/09/2020 | $270.00 | 118368 | 03/23/2020 | $270.00 | 118861 | 04/03/2020 | $270.00 | 119351 |
| 04/21/2020 | $270.00 | 119805 | 04/29/2020 | $270.00 | 120272 | 05/18/2020 | $270.00 | 120462 |
| 05/27/2020 | $270.00 | 120767 | 06/18/2020 | $270.00 | 121215 | 07/01/2020 | $270.00 | 121271 |
| 07/08/2020 | $270.00 | 121476 | 07/28/2020 | $270.00 | 121677 | 08/05/2020 | $270.00 | 121873 |

**Total Receipts for the Period:  $7,702.50    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $7,702.50**

**DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED**

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | PHILADELPHIA GAS WORKS<br>»» 001 | Unsecured Creditors | $695.73 | $0.00 | $695.73 |
| 2 | US DEPT OF EDUCATION<br>»» 002 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | SYNCHRONY BANK<br>»» 003 | Unsecured Creditors | $89.51 | $0.00 | $89.51 |
| 4 | LVNV FUNDING LLC<br>»» 004 | Unsecured Creditors | $570.52 | $0.00 | $570.52 |
| 5 | QUANTUM3 GROUP LLC as agent for<br>»» 005 | Unsecured Creditors | $760.86 | $0.00 | $760.86 |
| 6 | QUANTUM3 GROUP LLC as agent for<br>»» 006 | Unsecured Creditors | $481.31 | $0.00 | $481.31 |
| 7 | QUANTUM3 GROUP LLC as agent for<br>»» 007 | Unsecured Creditors | $196.87 | $0.00 | $196.87 |
| 8 | QUANTUM3 GROUP LLC as agent for<br>»» 008 | Unsecured Creditors | $982.83 | $0.00 | $982.83 |
| 9 | SPECIALIZED LOAN SERVICING LLC<br>»» 009 | Mortgage Arrears | $17,274.54 | $1,142.93 | $16,131.61 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 010 | Unsecured Creditors | $502.09 | $0.00 | $502.09 |
| 11 | CITY OF PHILADELPHIA (LD)<br>»» 011 | Secured Creditors | $131.48 | $0.00 | $131.48 |

| 0 | JOHN L MC CLAIN ESQ | Attorney Fees | $5,332.00 | $5,332.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,702.50 | Current Monthly Payment: | $540.00 |
| Paid to Claims: | $6,474.93 | Arrearages: | ($425.50) |
| Paid to Trustee: | $732.87 | Total Plan Base: | $31,577.00 |
| Funds on Hand: | $494.70 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.