# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Denise Murray fka Denise Allen<br>　　　　　　　　　　Debtor(s)<br><br>The Bank of New York Mellon F/K/A The Bank of New York as successor in interest to JPMorgan Chase Bank, N.A. as Trustee for Bear Stearns Asset Backed Securities Trust 2004-SD1, Asset-Backed Certificates, 2004-SD1<br>　　　　　　　v.<br>Denise Murray fka Denise Allen<br>　　　　　　　and<br>Scott Waterman<br>　　　　　　　Trustee | Chapter 13<br><br><br>NO. 19-12532 AMC |

## ORDER

AND NOW, this         day of                  , 2020 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on    it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow The Bank of New York Mellon F/K/A The Bank of New York as successor in interest to JPMorgan Chase Bank, N.A. as Trustee for Bear Stearns Asset Backed Securities Trust 2004-SD1, Asset-Backed Certificates, 2004-SD1 and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 7335 Rockwell Avenue Phila, PA 19111.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: January 4, 2021**

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

cc: See attached service list