| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 19-12532-AMC**

DENISE MURRAY  
7335 ROCKWELL AVE  
PHILADELPHIA PA  19111

Petition Filed Date: 04/18/2019  
341 Hearing Date: 05/31/2019  
Confirmation Date: 12/11/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/13/2020 | $212.50 | 116394 | 01/28/2020 | $212.50 | 116881 | 02/10/2020 | $212.50 | 117382 |
| 02/25/2020 | $212.50 | 117879 | 03/09/2020 | $270.00 | 118368 | 03/23/2020 | $270.00 | 118861 |
| 04/03/2020 | $270.00 | 119351 | 04/21/2020 | $270.00 | 119805 | 04/29/2020 | $270.00 | 120272 |
| 05/18/2020 | $270.00 | 120462 | 05/27/2020 | $270.00 | 120767 | 06/18/2020 | $270.00 | 121215 |
| 07/01/2020 | $270.00 | 121271 | 07/08/2020 | $270.00 | 121476 | 07/28/2020 | $270.00 | 121677 |
| 08/05/2020 | $270.00 | 121873 | 08/18/2020 | $270.00 | 122064 | 09/02/2020 | $270.00 | 122251 |
| 09/16/2020 | $270.00 | 122437 | 09/29/2020 | $270.00 | 122620 | 10/14/2020 | $270.00 | 122857 |
| 11/03/2020 | $270.00 | 122976 | 11/12/2020 | $270.00 | 123153 | 12/07/2020 | $270.00 | 123327 |
| 12/09/2020 | $270.00 | 123500 | 01/06/2021 | $270.00 | 123844 | 01/14/2021 | $270.00 | 123674 |
| 01/27/2021 | $270.00 | 124069 | 02/10/2021 | $270.00 | 124185 | 03/02/2021 | $270.00 | 124352 |
| 03/10/2021 | $270.00 | 124520 | 03/22/2021 | $270.00 | 124687 | 04/05/2021 | $270.00 | 124905 |
| 04/23/2021 | $270.00 | 125020 | 04/28/2021 | $270.00 | 125236 | 05/11/2021 | $270.00 | 125352 |
| 05/26/2021 | $270.00 | 125519 | | | | | | |

**Total Receipts for the Period: $9,760.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $13,372.50**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | PHILADELPHIA GAS WORKS<br>»» 001 | Unsecured Creditors | $695.73 | $0.00 | $695.73 |
| 2 | US DEPT OF EDUCATION<br>»» 002 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | SYNCHRONY BANK<br>»» 003 | Unsecured Creditors | $89.51 | $0.00 | $89.51 |
| 4 | LVNV FUNDING LLC<br>»» 004 | Unsecured Creditors | $570.52 | $0.00 | $570.52 |
| 5 | QUANTUM3 GROUP LLC as agent for<br>»» 005 | Unsecured Creditors | $760.86 | $0.00 | $760.86 |
| 6 | QUANTUM3 GROUP LLC as agent for<br>»» 006 | Unsecured Creditors | $481.31 | $0.00 | $481.31 |
| 7 | QUANTUM3 GROUP LLC as agent for<br>»» 007 | Unsecured Creditors | $196.87 | $0.00 | $196.87 |
| 8 | QUANTUM3 GROUP LLC as agent for<br>»» 008 | Unsecured Creditors | $982.83 | $0.00 | $982.83 |
| 9 | SPECIALIZED LOAN SERVICING LLC<br>»» 009 | Mortgage Arrears | $17,274.54 | $6,569.15 | $10,705.39 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 010 | Unsecured Creditors | $502.09 | $0.00 | $502.09 |

| 11 | CITY OF PHILADELPHIA (LD) »» 011 | Secured Creditors | $131.48 | $49.98 | $81.50 |
| 0 | JOHN L MC CLAIN ESQ | Attorney Fees | $5,332.00 | $5,332.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $13,372.50 | Current Monthly Payment: | $540.00 |
| Paid to Claims: | $11,951.13 | Arrearages: | ($695.50) |
| Paid to Trustee: | $1,178.37 | Total Plan Base: | $31,577.00 |
| Funds on Hand: | $243.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.