United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 19-12532-amc

Denise Murray     Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3

Date Rcvd: Mar 10, 2022     Form ID: pdf900     Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Denise Murray, 7335 Rockwell Ave, Philadelphia, PA 19111-3005 |
| cr | + | THE BANK OF NEW YORK MELLON, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| 14310127 | + | John L. McClain and Associates, PO Box 123, Narberth, PA 19072-0123 |
| 14310129 | + | PGW, PO Box 11700, Newark, NJ 07101-4700 |
| 14322280 | + | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3F |
| 14342889 | + | The Bank of NY Mellon, c/o Rebecca A Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14378669 | + | The Bank of New York Mellon, F/K/A The Bank of New York, c/o Rebecca A Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14347091 | + | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14310130 | + | The Bank of New York Mellon f/k/a The Bank of New, c/o Specialized Loan Services, LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 10 2022 23:50:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 10 2022 23:50:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 10 2022 23:50:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14383506 | | Email/Text: megan.harper@phila.gov | Mar 10 2022 23:50:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14310121 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 10 2022 23:50:00 | Comenitybank/brylaneho, Po Box 182789, Columbus, OH 43218-2789 |
| 14310122 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 10 2022 23:50:00 | Comenitybank/ny&co, Po Box 182789, Columbus, OH 43218-2789 |
| 14310123 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 10 2022 23:50:00 | Comenitybank/venus, Po Box 182789, Columbus, OH 43218-2789 |
| 14310124 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 10 2022 23:50:00 | Comenitybank/wayfair, Po Box 182789, Columbus, OH 43218-2789 |
| 14310125 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 10 2022 23:49:23 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 14310126 | + | Email/Text: electronicbkydocs@nelnet.net | Mar 10 2022 23:50:00 | Dept Of Education/neln, 3015 Parker Rd, Aurora, CO 80014-2904 |
| 14343468 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Mar 10 2022 23:49:19 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14310128 | + | Email/Text: amps@manleydeas.com | Mar 10 2022 23:50:00 | Manley Deas Kochalshi, LLC, PO Box 165028, Columbus, OH 43216-5028 |
| 14348127 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 10 2022 23:49:19 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14344221 | | Email/Text: bnc-quantum@quantum3group.com | Mar 10 2022 23:50:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14310131 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 10 2022 23:49:19 | Syncb/amer Eagle, Po Box 965005, Orlando, FL 32896-5005 |
| 14310132 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 10 2022 23:49:27 | Syncb/qvc, Po Box 965005, Orlando, FL 32896-5005 |
| 14342785 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 10 2022 23:49:27 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14310579 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 10 2022 23:49:19 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14325402 | + | Email/Text: electronicbkydocs@nelnet.net | Mar 10 2022 23:50:00 | US Department of Education c/o Nelnet, 121 S 13th St, Suite 201, Lincoln, NE 68508-1911 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 12, 2022    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JOHN L. MCCLAIN | on behalf of Debtor Denise Murray aaamcclain@aol.com edpabankcourt@aol.com |
| KEVIN G. MCDONALD | on behalf of Creditor The Bank of New York Mellon F/K/A et al... bkgroup@kmllawgroup.com |
| POLLY A. LANGDON | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 10, 2022 | Form ID: pdf900 | Total Noticed: 28 |

REBECCA ANN SOLARZ
    on behalf of Creditor The Bank of New York Mellon F/K/A et al... bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor The Bank of New York Mellon F/K/A The Bank of New York as successor in interest to JPMorgan Chase Bank  N.A. as Trustee for Bear Stearns Asset Backed Securities Trust 2004-SD1, Asset-Backed Certificat bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

Scott F Waterman
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    DENISE MURRAY<br><br>                Debtor | Chapter 13<br><br>Bankruptcy No. 19-12532-AMC |

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: March 10, 2022**

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE