# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                : Chapter 13
    Murray, Denise

      Debtor(s)                   : 19-12532

        :

## ORDER TERMINATING WAGE ORDER

**AND NOW,** this _____ day of _____ 2022, upon consideration of the Debtor's counsel's Application to Terminate Wage Order, it is hereby

**ORDERED**, that the wage order previously entered in this case, directing City of Philadelphia/ Payroll to make monthly payments on behalf the debtor to the chapter 13 trustee, is hereby terminated.

BY THE COURT

_____
JUDGE

**Date: March 30, 2022**

City of Philadelphia/ Payroll
Philadelphia Police Administration
Room 307, Franklin Square
Philadelphia, PA 19106

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Murray, Denise
7335 Rockwell Ave
Philadelphia, PA 19111

Scott Waterman Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606