United States Bankruptcy Court

Eastern District of Pennsylvania

In re:            Case No. 19-12532-amc

Denise Murray          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2

Date Rcvd: Mar 30, 2022     Form ID: pdf900     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Denise Murray, 7335 Rockwell Ave, Philadelphia, PA 19111-3005 |
| | | City of Philadelphia /Payroll, Philadelphia Police Administration, Room 307, Franklin Square, Philadelphia, Pa 19106 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2022      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JOHN L. MCCLAIN | on behalf of Debtor Denise Murray aaamcclain@aol.com edpabankcourt@aol.com |
| KEVIN G. MCDONALD | on behalf of Creditor The Bank of New York Mellon F/K/A et al... bkgroup@kmllawgroup.com |
| POLLY A. LANGDON | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com |
| REBECCA ANN SOLARZ | on behalf of Creditor The Bank of New York Mellon F/K/A et al... bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor The Bank of New York Mellon F/K/A The Bank of New York as successor in interest to JPMorgan Chase Bank N.A. as Trustee for Bear Stearns Asset Backed Securities Trust 2004-SD1, Asset-Backed Certificat bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 30, 2022 | Form ID: pdf900 | Total Noticed: 2 |

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

Scott F Waterman
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                          : Chapter 13
    Murray, Denise

       Debtor(s)                                      : 19-12532

          :

**ORDER TERMINATING WAGE ORDER**

     **AND NOW,** this       day of                    2022, upon consideration of the Debtor's counsel's Application to Terminate Wage Order, it is hereby

     **ORDERED**, that the wage order previously entered in this case, directing City of Philadelphia/ Payroll to make monthly payments on behalf the debtor to the chapter 13 trustee, is hereby terminated.

BY THE COURT

_____
JUDGE                                           Date: March 30, 2022

City of Philadelphia/ Payroll
Philadelphia Police Administration
Room 307, Franklin Square
Philadelphia, PA 19106

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Murray, Denise
7335 Rockwell Ave
Philadelphia, PA 19111

Scott Waterman Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606